PHILIP R. SELLINGER
UNITED STATES ATTORNEY
BY: DANAE M. THOMAS
ASSISTANT UNITED STATES ATTORNEYS
970 BROAD STREET, SUITE 700
NEWARK, NEW JERSEY 07102
TEL: (973) 645-2511
DANAE.THOMAS@USDOJ.GOV

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Julien Xaiver Neals |
| Plaintiff, | : | Civil Action No. 23- 21819 (JXN) |
| v. | : | |
| APPROXIMATELY 30,0006 ETHER; | : | **WARRANT FOR ARREST *IN REM*** |
| APPROXIMATELY 153,925.11 CRONOS; | : | |
| APPROXIMATELY 244.23 BINANCE COIN; | : | |
| | : | |
| APPROXIMATELY 764.19 SOLANA; | | |
| APPROXIMATELY 23,848.96 CARDANO; | : | |
| | : | |
| APPROXIMATELY 32,232.24 ALGORAND; | | |
| | : | |
| APPROXIMATELY 299.48 AVALANCHE; | | |
| | : | |
| APPROXIMATELY 0.49 BITCOIN; | : | |
| APPROXIMATELY 1,150.71 POLKADOT; | : | |
| | : | |
| APPROXIMATELY 1,589.32 CHAINLINK; | : | |
| APPROXIMATELY 17,208.48 POLYGON; | : | |

|  |  |
|---|---|
| **APPROXIMATELY 393 TRUEUSD; AND** | : |
|  | : |
| **APPROXIMATELY 2,466.36 UNISWAP;** | : |
|  | : |
| Defendants *in rem.* | : |

## TO ANY OFFICER OF THE UNITED STATES DEPARTMENT OF JUSTICE, THE FEDERAL BUREAU OF INVESTIGATION, AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a Verified Complaint for Forfeiture *in Rem* has been filed on November 2, 2023 in the United States District Court for the District of New Jersey, alleging that the defendant property, namely approximately 30,006 Ether; approximately 153,925.11 Cronos; approximately 244.23 Binance Coin; approximately 764.19 Solana; approximately 23,848.96 Cardano; approximately 32,232.24 Algorand; approximately 299.48 Avalanche; approximately 0.49 Bitcoin; approximately 1,150.71 Polkadot; approximately 1,589.32 Chainlink; approximately 17,208.48 Polygon; approximately 393 TrueUSD; and approximately 2,466.36 Uniswap, is subject to seizure and forfeiture to the United States for the reasons set forth in the Complaint;

WHEREAS, the defendant property is currently in the possession, custody, or control of the United States and being held in a wallet maintained by the Federal Bureau of Investigation;

WHEREAS, in these circumstances, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure (the "Supplemental Rules"), directs the Clerk of the Court to issue a Warrant for Arrest *in Rem* for the defendant property; and

WHEREAS, Rule G(3)(c)(i) of the Supplemental Rules provides that the Warrant for Arrest *in Rem* must be delivered to a person or organization

authorized to execute it, who may be an agent with the United States Department of Justice or any other United States officer or employee; someone under contract with the United States; or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to take such steps as are necessary to arrest and detain the defendant property, including, if appropriate, serving a copy of this warrant on the custodian in whose possession, custody, or control the property is currently found;

YOU ARE FURTHER COMMANDED to use whatever means may be appropriate to protect and maintain the defendant property in your custody until further order of this Court; and

YOU ARE FURTHER COMMANDED to arrange for the transfer of the defendant property to the custody and control of the United States Marshals Service who will hold the defendant property until further order of this Court.

IN WITNESS WHEREOF, I, the Clerk of the United States District Court for the District of New Jersey, have caused the foregoing Warrant for Arrest *In Rem* to be issued pursuant to Rule G(3)(b)(i) of the Supplemental Rules.

Dated: 11/3/2023

Melissa E. Rhoads, Clerk
Clerk of the Court

By: *[signature]*
Deputy Clerk